# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT MICHAEL WHITT, | Case No. 2:17-cv-00014-APG-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| RICHLAND HOLDINGS, INC., et al., | (Docket No. 37) |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion to extend time to respond to Defendants' motion to produce credit reports, filed on November 27, 2017. Docket No. 37; *see also* Docket No. 34 (motion to produce credit reports). Plaintiff's response to Defendants' motion to produce credit reports was due no later than November 23, 2017. Plaintiff requests an extension of seven days to respond. For good cause and excusable neglect shown, the Court **GRANTS** Plaintiff's motion to extend time to respond to Defendants' motion to produce credit reports. Docket No. 37. Plaintiff shall file a response no later than November 30, 2017.

IT IS SO ORDERED.

DATED: November 28, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge