# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT MICHAEL WHITT, | Case No. 2:17-cv-00014-APG-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| RICHLAND HOLDINGS, INC., et al., | (Docket No. 41) |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion to extend the January 8, 2018 dispositive motion deadline. Docket No. 41. On October 30, 2017, the Court ordered that Plaintiff's motion to substitute real party in interest be briefed based on the default timetable. Docket No. 33 at 3; *see also* Docket No. 32 (motion to substitute real party in interest). The Court also extended the dispositive motion deadline to January 8, 2018. Docket No. 33. In the instant motion, Plaintiff requests that the dispositive motion deadline be extended until 30 days after the Court resolves Plaintiff's motion to substitute real party in interest. Docket No. 41. For good cause shown, the Court **GRANTS** in part Plaintiff's motion to extend. *Id.* The Court **EXTENDS** the dispositive motion deadline to **February 12, 2018.**

IT IS SO ORDERED.

DATED: January 2, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge