# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SCOTT MICHAEL WHITT, | Case No. 2:17-cv-014-APG-NJK |
| Plaintiff, | **ORDER DISMISSING DEFENDANT JEROME BOWEN** |
| v. | |
| RICHLAND HOLGINS, INC., et al., | (ECF No. 45) |
| Defendants. | |

On January 23, 2018, the plaintiff was advised by the court (ECF No. 45) that this action would be dismissed without prejudice as to defendant Jerome R. Bowen unless on or before February 22, 2018, the plaintiff filed proper proof of service or showed good cause why such service was not timely made. The plaintiff has failed to file proof of service nor shown good cause. Nor has the plaintiff shown cause why this action should not be dismissed without prejudice as to that defendant for failure to effect timely service pursuant to FRCP 4(m). Therefore,

**IT IS HEREBY ORDERED** that this action is DISMISSED without prejudice as to defendant Jerome R. Bowen only.

Dated: February 26, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE