**Marquis Aurbach Coffing**
Terry A. Coffing, Esq.
Nevada Bar No. 4949
Chad F. Clement, Esq.
Nevada Bar No. 12192
Jared M. Moser, Esq.
Nevada Bar No. 13003
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
tcoffing@maclaw.com
cclement@maclaw.com
jmoser@maclaw.com
*Attorneys for Richland Holdings, Inc.*
*d/b/a AcctCorp of Southern Nevada*
*and RC Willey Financial Services*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SCOTT MICHAEL WHITT,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RICHLAND HOLDINGS, INC. d/b/a ACCTCORP OF SOUTHERN NEVADA, a Nevada Corporation; RC WILLEY FINANCIAL SERVICES; and ATTORNEY JEROME R. BOWEN, ESQ.<br><br>　　　　　Defendants. | Case No.: 2:17-cv-00014-APG-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS RICHLAND HOLDINGS, INC. D/B/A ACCTCORP OF SOUTHERN NEVADA AND RC WILLEY FINANCIAL SERVICES TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT [ECF NO. 48]**<br><br>**(FIRST REQUEST)** |

Defendants Richland Holdings, Inc. d/b/a AcctCorp of Southern Nevada ("AcctCorp") and RC Willey Financial Services ("RC Willey"), by and through their counsel of record, the law firm of Marquis Aurbach Coffing, and Plaintiff Scott Michael Whitt ("Whitt"), by and through his counsel of record, The Law Office of Vernon Nelson, hereby stipulate and agree as follows:

1.　On February 12, 2018, Defendants AcctCorp and RC Willey filed their Motion for Summary Judgment [ECF No. 48];

/ / /

**MARQUIS AURBACH COFFING**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

2. On March 5, 2018, Whitt filed his Opposition to Defendants ASN Holdings, Inc. dba AcctCorp of Southern Nevada's and RC Willey aka RC Willey Financial Services' Motion for Summary Judgment [ECF No. 52];

3. The deadline for Defendants AcctCorp and RC Willey to file their Reply in support of their Motion for Summary Judgment ("Reply") is March 19, 2018;

4. The Parties have agreed to an extension of the deadline by which Defendants must file their Reply to March 26, 2018.

IT IS SO STIPULATED.

| MARQUIS AURBACH COFFING | THE LAW OFFICE OF VERNON NELSON |
|---|---|
| By /s/ Jared M. Moser | By /s/ Melissa Ingleby |
| Terry A. Coffing, Esq.<br>Nevada Bar No. 4949<br>Chad F. Clement, Esq.<br>Nevada Bar No. 12192<br>Jared M. Moser, Esq.<br>Nevada Bar No. 13003<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>tcoffing@maclawcom<br>cclement@maclaw.com<br>jmoser@maclaw.com<br>*Attorneys for Richland Holdings, Inc. d/b/a AcctCorp of Southern Nevada and RC Willey Financial Services* | Vernon A. Nelson, Jr. Esq.<br>Nevada Bar No. 6434<br>Melissa Ingleby, Esq.<br>Nevada Bar No. 12935<br>9480 S. Eastern Ave., Ste. 252<br>Las Vegas, NV 89123<br>Tel: 702-476-2500<br>Fax: 702-476-2788<br>vnelson@nelsonlawfirmlv.com<br>mingleby@nelsonlawfirmlv.com<br>*Attorneys for Plaintiff* |

## **ORDER**

Based on the Parties' foregoing Stipulation and for good cause appearing,

**IT IS SO ORDERED** that Defendants AcctCorp and RC Willey's last day to file a Reply in Support of their Motion for Summary Judgment to March 26, 2018.

Dated: March 13, 2018.

U.S. DISTRICT COURT JUDGE