# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SCOTT MICHAEL WHITT, | Case No. 2:17-cv-00014-APG-NJK |
| Plaintiff, | |
| v. | **ORDER** |
| RICHLAND HOLDINGS, INC. d/b/a ACCTCORP OF SOUTHERN NEVADA; RC WILLEY FINANCIAL SERVICES; and RANDALL CORPORATION d/b/a BOWEN LAW OFFICES, | |
| Defendants. | |

I recently ordered plaintiff Scott Whitt to show cause why his remaining claim against Randall Corporation d/b/a Bowen Law Offices (Bowen Law) should not been dismissed for failure to effectuate service. ECF No. 63. Whitt responded that the Marquis Aurbach Coffing law firm stated that it would represent Bowen Law in this case and it would file a response to the amended complaint on behalf of Bowen Law. ECF No. 64 at 2. Thus, I deem the Order to Show Cause satisfied and I will not dismiss the claim against Bowen Law. Marquis Aurbach agreed to file its response on behalf of Bowen Law "upon the court's acceptance of the" stipulation and order amending the caption. *Id.* at 10. I filed the order to amend the caption on April 19, but no response has been filed by Bowen Law.

IT IS ORDERED that on or before May 14, 2018, Randall Corporation d/b/a Bowen Law Offices shall file an answer or other response to the amended complaint.

DATED this 7th day of May, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE