|   |   |
|---|---|
| SCOTT MICHAEL WHITT, | Case No.: 2:17-cv-00014-APG-NJK |
| Plaintiff | **Order Granting Motion for Judgment** |
| v. | [ECF No. 84] |
| RICHLAND HOLDINGS, INC., et al., | |
| Defendants | |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

IT IS ORDERED that defendant Richland Holdings, Inc.'s motion for judgment (ECF No. 84) is GRANTED. The clerk of court is instructed to enter judgment in favor of defendants Richland Holdings, Inc. and RC Willey Financial Services and against plaintiff Scott Michael Whitt.

DATED this 2nd day of April, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE