AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Scott Michael Whitt

              Plaintiff,

v.

Richland Holdings, Inc., et al.

              Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:17-cv-00014-APG-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment has been entered in favor of defendants Richland Holdings, Inc. and RC Willey Financial Services and against plaintiff Scott Michael Whitt.

4/3/19  
Date

DEBRA K. KEMPI  
Clerk

/s/ A. Reyes  
Deputy Clerk